NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALBERT M. ROBINSON,                          )
                                             )
            Appellant,                       )
                                             )
v.                                           )          Case No. 2D17-3088
                                             )
TERESA LYNN BOUCHER,                         )
CURTRIGHT COLLINS TRUITT, JOHN )
DOE EMPLOYEES 1-4 OF THE LAW    )
FIRM OF CURTRIGHT C. TRUITT, and )
JANE ROBINSON,                               )
                                             )
            Appellees.                       )
_____ )


Opinion filed June 8, 2018.

Appeal from the Circuit Court for
Sarasota County; Andrea McHugh, Judge.

Albert M. Robinson, pro se.

Richard Akin II of Henderson, Franklin,
Starnes & Holt, P.A., Fort Myers, for
Appellees Teresa Lynn Boucher,
Curtright Collins Truitt, and John Doe
Employees 1-4 of the law firm of
Curtright C. Truitt.

No appearance for appellee, Jane
Robinson.


PER CURIAM.

Affirmed.


NORTHCUTT and LUCAS, JJ., and CASE, JAMES, ASSOCIATE SENIOR JUDGE, Concur.